NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL S. ROSS,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5061

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-667, Judge Francis M. Allegra.

---

## ON MOTION

---

## ORDER

Michael S. Ross moves for "Summary Judgment pursuant to Federal Circuit Rules of Procedure Rule 21 and Rule 27."

To the extent that Ross is arguing the merits of his case, those arguments belong in his brief.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

MAR 2 8 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Michael S. Ross
    Lartease M. Tiffith, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 8 2012

JAN HORBALY
CLERK